UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20575-CIV-HOEVELER

EDUARDO MINIET,

    **Plaintiff,**

v.

ACCOR NORTH AMERICA, INC.,
SOFITEL MIAMI, INC. a.k.a. BLUE LAGOON, INC.,
SOFITEL NORTH AMERICAN CORPORATION,
ACCOR BUSINESS AND LEISURE MANAGEMENT LLC,
ACCOR BUSINES AND LEISURE NORTH AMERICA, INC.,

    **Defendants.**

_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

This Cause comes before the Court on the Plaintiff's motion for reconsideration. Plaintiff complains that he is not receiving timely notice of the Court's Orders, but does not deny that he has received the Orders. On November 24, 2010, the Court denied Plaintiff's motion to transfer venue, and directed Plaintiff to notify the Court as to whether Plaintiff would continue to pursue this action. Instead of doing so, Plaintiff filed a motion for reconsideration.[1] As the motion does not provide sufficient grounds for

---

[1] The Court notes that Plaintiff contacted the Court's office by telephone in response to a message left for Plaintiff and spoke to chambers staff. During that conversation, Plaintiff stated that he did not have a computer, Plaintiff also claimed to have filed the motion to transfer venue on his own, without an attorney. The Court has reviewed the Motion for Reconsideration, and notes that the motion (similarly to the motion to transfer venue) appears to have been drafted by an individual with legal training. Defense counsel has claimed that Plaintiff is being assisted by Jorge Rodriguez, an attorney who has contacted this Court previously on behalf of Plaintiff and whose request for *pro hac vice* admission was denied for failure to comply with the governing rules.

alteration of this Court's previously entered Order, it is

ORDERED AND ADJUDGED that the motion for reconsideration be DENIED. Plaintiff is again directed to file a notice indicating whether Plaintiff intends to pursue this case; failure to do so before January 25, 2011, will result in the dismissal of this action.

DONE AND ORDERED in Chambers in Miami this 5th day of January 2011.

*Wm M Hoeveler*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
Eduardo Miniet, 100 Meadow Lane, #11, Gibsonburg, OH 43431
Grace M. Mora